

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NOS. WR-95,800-01 & 95,800-02

**EX PARTE RAMIRO GUERRA, Applicant**

**ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
CAUSE NOS. W-2076419-A & W-2076421-A IN THE 283RD DISTRICT COURT
FROM DALLAS COUNTY**

*Per curiam*.  YEARY, J. filed a dissenting opinion in which SCHENCK, P.J., and FINLEY and PARKER, JJ., joined.

## O P I N I O N

Applicant pleaded guilty to two charges of manslaughter and was sentenced to nine years' imprisonment in each case.  Applicant did not file a direct appeal.  Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective for failing to file a motion for new trial and to request shock probation.  Based on the record, the trial court has determined that trial counsel's performance was deficient and that Applicant was deprived of counsel at a critical stage.  The trial court found Applicant was deprived of an opportunity to file a motion for new trial, which

the State would have agreed to and the trial court would have granted. We agree.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time motion for new trial in cause number cause numbers 2076419 and 2076421 in the 283rd Judicial District Court of Dallas County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him in the motion for new trial. Should Applicant decide to file a motion for new trial, he must file a written motion for new trial in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 12, 2025
Do not publish